IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES PEKLO,<br><br>        Plaintiff,<br><br>vs.<br><br>HARLEY-DAVIDSON OF OMAHA, INC., a Nebraska corporation;<br><br>        Defendant. | **8:16CV82**<br><br>**SCHEDULING ORDER** |

IT IS ORDERED:

1) Plaintiff and counsel for the defendant shall confer and, on or before **May 27, 2016**, they shall jointly file a Form 35 (Rule 26 (f)) Report, a copy of which can be found at http://www.ned.uscourts.gov/forms in Word and WordPerfect format.

2) If one or more of the parties believes a planning conference is needed to complete the Rule 26(f) Report, or if the parties cannot agree on one or more of the deadlines identified or case progression issues raised in the Rule 26(f) Report, on or before **May 20, 2016** a party shall contact my chambers at (402) 437-1670, or by email addressed to zwart@ned.uscourts.gov, to arrange a conference call.

Dated this 29th day of April, 2016

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge