# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES PEKLO, | Case No. 8:16-CV-82 |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| HARLEY-DAVIDSON OF OMAHA, INC., a Nebraska corporation, | |
| Defendant. | |

COME NOW the parties, by and through their attorneys of record, and hereby stipulate and agree that the Plaintiff's Complaint and the Defendant's Counterclaim be dismissed with prejudice, with each party to pay his or its own costs.

DATED this 12th day of May, 2016.

| | |
|---|---|
| CHARLES PEKLO, Plaintiff | HARLEY-DAVIDSON OF OMAHA, INC., Defendant |
| By: s/Patrick M. Flood | By: s/Robert J. Kirby |
| Patrick M. Flood, #19042 | Robert J. Kirby, #18100 |
| Pansing Hogan Ernst & Bachman LLP | Croker, Huck, Kasher, DeWitt, Anderson & Gonderinger, LLC |
| 10250 Regency Circle, Suite 300 | 2120 South 72nd Street, Suite 1200 |
| Omaha, NE 68114 | Omaha, NE 68124 |
| (402) 397-5500 | (402) 391-6777 |
| (402) 397-5843 (facsimile) | (402) 390-9221 (facsimile) |
| pflood@pheblaw.com | rkirby@crokerlaw.com |

CERTIFICATE OF SERVICE

      I hereby certify that on May 12, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    Robert J. Kirby
    Croker, Huck, Kasher, DeWitt,
     Anderson & Gonderinger, LLC
    2120 South 72nd Street, Suite 1200
    Omaha, NE 68124

                                            s/Patrick M. Flood