IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES PEKLO, | |
| Plaintiff, | 8:16-CV-82 |
| vs. | |
| HARLEY-DAVIDSON OF OMAHA, INC., | JUDGMENT |
| Defendant. | |

Upon the parties' Stipulation for Dismissal with Prejudice (filing 11), this matter is dismissed with prejudice, with each party to bear their own fees and costs.

Dated this 18th day of May, 2016.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge